IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY K. BUSBY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:22-cv-01242-DDC-KGG |
| ) | |
| LUMEN TECHNOLOGIES, *d/b/a United* ) | |
| *Telephone of Kansas* and ) | |
| CHRISTINE BIESER ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM & ORDER ON MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES**

In conjunction with his federal court Complaint (Doc. 1), Plaintiff Jeffrey Busby has also filed a Motion to Proceed Without Prepayment of Fees ("*In Forma Pauperis* application," Doc. 3, sealed) with a supporting financial affidavit (Doc No. 3-1). After review of Plaintiff's motion, as well as the Complaint, the Court **GRANTS** the *Informa Pauperis* application (Doc. 3).

**A. Motion to Proceed IFP.**

Under 28 U.S.C. § 1915(a), a federal court may authorize commencement of an action without prepayment of fees, costs, *etc.*, by a person who lacks financial means. 28 U.S.C. § 1915(a). "Proceeding *in forma pauperis* in a civil case 'is a privilege, not a right— fundamental or otherwise.' " *Barnett v. Nw. Sch.*, No. 00-2499-KHV, 2000 WL 1909625, at *1 (D. Kan. Dec. 26, 2000) (quoting *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir.

1

1998)). The decision to grant or deny *in forma pauperis* status lies within the sound discretion of the court. *Scherer v. Kansas*, 263 F. App'x 667, 669 (10th Cir. 2008). There is a liberal policy toward permitting proceedings *in forma pauperis* when necessary to ensure that the courts are available to all citizens, not just those who can afford to pay. *See Kay v. Bemis*, 500 F.3d 1214, 1217–18 (10th Cir. 2007). In construing the application and affidavit, courts generally seek to compare an applicant's monthly expenses to monthly income. *See Patillo v. N. Am. Van Lines, Inc.*, No. 02-cv-2162, 2002 WL 1162684, at *1 (D. Kan. Apr. 15, 2002); *Webb v. Cessna Aircraft*, No. 00-2229-JWL, 2000 WL 1025575, at *1 (D. Kan. July 17, 2000) (denying motion because "Plaintiff is employed, with monthly income exceeding her monthly expenses by approximately $600.00").

In the supporting financial affidavit, Plaintiff indicates he is 59 and married (Doc No. 3-1, sealed, at 1). Plaintiff is currently unemployed and lists his only income is from unemployment benefits. He lists financial responsibilities such as rent and typical household expenses. According to his financial affidavit, his monthly obligations exceeds his current income. Considering the information contained in his financial affidavit, the Court finds that Plaintiff has established that his access to the Court would be significantly limited absent the ability to file this action without payment of fees and costs. The Court thus **GRANTS** Plaintiff leave to proceed *in forma pauperis*. (Doc. 3, sealed).

**IT IS SO ORDERED.**

Dated at Wichita, Kansas, on this 8th day of November 2022.

/S KENNETH G. GALE
Kenneth G. Gale
United States Magistrate Judge