IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY K. BUSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-1242-DDC-BGS |
| | ) |
| LUMEN TECHNOLOGIES and | ) |
| CHRISTINE BIESER | ) |
| | ) |
| Defendants. | ) |

## NOTICE AND ORDER TO SHOW CAUSE

On October 21, 2022, Plaintiff, Jeffery Busby, filed a Complaint naming as Defendants, Lumen Technologies and Christine Bieser. (Doc. 1). Plaintiff moved for and was granted *in forma pauperis* status in this Court. Summons was subsequently issued, and service was attempted on the Defendants. Defendant Lumen Technologies was served on January 9, 2023. Service was attempted on Defendant Christine Bieser; however, it was not effectuated. (*See* Doc. 13) Defendant Lumen Technologies moved to dismiss the Complaint. On September 15, 2023, the District Court granted Defendant Lumen Technologies' motion to dismiss. Defendant Christine Bieser remains unserved in this case, and considerable time has passed since service was attempted.

Federal Rule of Civil Procedure 4(m) governs the time limit for service. Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Additionally, Fed. R. Civ. P. 41(b) provides that the court may dismiss an action for failure to prosecute. Here, Plaintiff has not

effectuated service of process on Defendant Christine Bieser and more than 90 days has passed since the Complaint was filed.

Accordingly, the Court orders Plaintiff to show cause in writing by October 20, 2023, why the undersigned Magistrate Judge should not recommend that his claims be dismissed pursuant to Rule 4(m) and/or Rule 41(b).

IT IS SO ORDERED.

Dated September 18, 2023, at Wichita, Kansas.

/s BROOKS G. SEVERSON
Brooks G. Severson
United States Magistrate Judge