UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEFFREY K. BUSBY,<br><br>         Plaintiff,<br><br>    v.<br><br>LUMEN TECHNOLOGIES, d/b/a United Telephone of Kansas, and CHRISTINE BIESER,<br><br>         Defendants. | Case No. 22-1242-DDC-BGS |

**REPORT & RECOMMENDATIONS OF DISMISSAL**

On October 21, 2022, Plaintiff, Jeffery Busby, filed a Complaint naming as Defendants, Lumen Technologies and Christine Bieser. (Doc. 1). Plaintiff moved for and was granted *in forma pauperis* status in this Court. Summons was subsequently issued, and service was attempted on the Defendants. Defendant Lumen Technologies was served on January 9, 2023. Service was attempted on Defendant Christine Bieser; however, it was never effectuated. (*See* Doc. 13). Defendant Lumen Technologies moved to dismiss the Complaint, and on September 15, 2023, the District Court granted the motion to dismiss. (Doc. 22).

On September 19, 2023, the Court ordered Plaintiff to show cause by October 20, 2023, why the undersigned Magistrate Judge should not recommend that his claims be dismissed due to his failure to effectuate service on Defendant Christine Bieser. (Doc. 23). Federal Rule of Civil Procedure 4(m) governs the time limit for service. Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Additionally, Fed. R. Civ. P. 41(b) provides that the court may dismiss an action for failure to prosecute. Plaintiff has not served the remaining Defendant and has

1

2

failed to respond to the Court's Order to Show Cause in the time required.  As such, the Court **RECOMMENDS** that the District Court dismiss Plaintiff's claims in their entirety.

**IT IS THEREFORE ORDERED** that a copy of the **recommendation** shall be sent to Plaintiff *via* certified mail.  Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and D. Kan. Rule 72.1.4, Plaintiff shall have **fourteen (14) days** after service of a copy of these proposed findings and **recommendations** to serve and file with the U.S. District Judge assigned to the case, his written objections to the findings of fact, conclusions of law, or **recommendations** of the undersigned **Magistrate Judge**.  Plaintiff's failure to file such written, specific objections within the fourteen-day period will bar appellate review of the proposed findings of fact, conclusions of law, and the **recommended** disposition.

**IT IS SO ORDERED.**

Dated October 23, 2023, at Wichita, Kansas.

/s Brooks G. Severson
Brooks G. Severson
United States Magistrate Judge